[No. 36290-9-I.    Division One.    August 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. SPICER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07879-4, Dale B. Rammerman, J., entered March 10, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington and Moynihan, JJ.


[No. 36389-1-I.    Division One.    August 12, 1996.]

CONSTANCE JOHNSON, *Individually and as Personal Representative, Appellants*, v. NORTHWEST SPORTS DIVERS, INC., ET AL., *Defendants*, LIGHTHOUSE DIVING CENTER, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-04214-2, James H. Allendoerfer, J., entered July 22, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 36454-5-I.    Division One.    August 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TRUMAN J. DEGROAT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-07739-4, LeRoy McCullough, J., entered April 11, 1995. *Affirmed* by unpublished per curiam opinion.


[No. 36455-3-I.    Division One.    August 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. S.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-06754-2, Michael Spearman, J., entered March 3, 1995. *Affirmed* by unpublished per curiam opinion.